In the Matter of the Claim of Stephen J. Dickinson, Respondent, against J. H. Teats' Sons and Another, Appellants. State Industrial Board, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the authority of *Di Carlo* v. *Elmwood Construction Co.* (215 App. Div. 857) and cases there cited. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of Ida Adleman, Respondent, against William Armstrong Publishing Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, it appearing that the dependent mother did not bring and had no control over the third-party action. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Josephine Cardillo, Respondent, against Jones Motor Car Company and Another, Appellants. State Industrial Board, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, Davis and Whitmyer, JJ., concur; Cochrane, P. J., and Hinman, J., dissent.

In the Matter of the Claim of Guiseppe Taibi, Respondent, against Cornell Shoe Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of Truman Benedict, Respondent, against Perry Knitting Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of George J. Boos, Respondent, against Charles Boos and Another, Appellants. State Industrial Board, Respondent.— Appeal dismissed, with ten dollars costs against the insurance carrier to the State Industrial Board, on the authority of *Matter of Hammele* v. *McMahon* (220 App. Div. 60). Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of Hans Albrecht, Respondent, against Sydney J. Cunningham and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of Angelina Sidoti, Respondent, against Dutchess Bleachery and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.